UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINEO GIOLIVER,<br><br>                              Plaintiff,<br><br>          -against-<br><br>THE CITY OF NEW YORK, ET AL,<br><br>                              Defendants. | 24 CIVIL 9627 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 27, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) . (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated:   July 1, 2025

    New York, New York

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                               Chief United States District Judge